THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:17-cr-00082-MR-WCM-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KEVIN DEAN SWAYNEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Probation. [Doc. 270]. The Defendant's supervising probation officer does not oppose the Defendant's request. According to the Defendant's motion, counsel for the Government takes no position on the Defendant's request.

In order to terminate a defendant's term of probation, the Court must be "satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Upon review of the Defendant's motion, the Court is satisfied that the early termination of the Defendant's probation is warranted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 270] is **GRANTED**, and the Defendant's term of probation in the above-referenced action is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: May 20, 2020

Martin Reidinger
United States District Judge